IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

      Plaintiff,                No. CIV S-04-0082 DFL GGH P

    vs.

D. L. RUNNELS, et al.

      Defendants.      <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed December 28, 2004, plaintiff's amended complaint was dismissed with leave to file a second amended complaint.  Plaintiff has filed a second amended complaint.

        The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b), with respect to his claims of extended deprivation of physical exercise.  If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  Plaintiff's requests in the second amended complaint for a stay with respect to any habeas application are neither applicable or appropriate in the context of this civil rights complaint and are disregarded.

\\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for a stay contained within his second amended complaint with respect to any habeas application, being wholly inapposite, are disregarded.

2. Service is appropriate for the following defendants: Warden D. L. Runnels, J. Briddle.

3. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed February 1, 2005.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Three (3) copies of the endorsed second amended complaint filed February 1, 2005.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  6/15/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
musz0082.2am

```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MARK S. MUSZYNSKI,
11            Plaintiff,                      No. CIV S-04-0082 DFL GGH P
12       vs.
13   D. L. RUNNELS, et al.,                   NOTICE OF SUBMISSION
14            Defendants.                     OF DOCUMENTS
15   _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            __1__    completed summons form
19            __2__    completed USM-285 forms
20            __3__    copies of the  February 1, 2005
                                      Second Amended Complaint
21   DATED:
22
23                                                 _____
                                                   Plaintiff
24
25
26
```