IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

    Plaintiff,                    No. CIV S-04-0082 DFL GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to the defendants' October 11, 2005 motion to dismiss. Plaintiff's request was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendant, then documents submitted by plaintiff must be served on that attorney and not on the defendant. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

\\\\\

Plaintiff is cautioned to serve every document for which he seeks the court's consideration in future. On this occasion, however, the court will reach plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is cautioned that failure to properly serve any documents subsequently filed in this action, and failure to include a proper certificate of service with such filing, will result in such documents being disregarded and may result in a recommendation that this action be dismissed.

2 Plaintiff's November 9, 2005 request for an extension of time is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' October 11, 2005 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 11/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
musz0082.36