IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

      Plaintiff,                    No. CIV S-04-0082 DFL GGH P

      vs.

D.L. RUNNELS, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Defendants' counsel has filed a request for extension of time to file objections to the August 23, 2006, Findings and Recommendations, recommending denial of defendants' motion to dismiss. In the first place, defendants' counsel has not complied with E.D. Local Rule 5-137(b) in making the request; although counsel filed a proposed order in .pdf format, no proposed order in wordprocessing format was emailed as required. In the second place, no showing of good cause has been made. Counsel states: "Counsel is scheduled to out [sic] of the office from September 11, 2006, through September 15, 2006. Therefore, it will not be possible for Defendants' objections to be completed and filed within the time allowed by the Court." No declaration is attached in an effort to make a showing of good cause. No explanation is forthcoming as to why objections could not have been filed prior to the time for which counsel is to be out of the office (for an unexplained reason).

1

1       Accordingly, IT IS HEREBY ORDERED that defendants' counsel's inadequate
2 request, filed on September 13, 2005, for an extension of time to file objections to the August 23,
3 2006, Findings and Recommendations is denied.
4 DATED: 9/18/06

                                 /s/ Gregory G. Hollows
                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

GGH:009
musz0082.dny