IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

    Plaintiff,                    No. CIV S-04-0082 DFL GGH P

   vs.

D.L. RUNNELS, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested a 90-day extension of time to complete discovery pursuant to the court's order of December 1, 2007. Plaintiff does not provide sufficient cause for such a lengthy period.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 5, 2007, request for an extension of time is partially granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to complete discovery.

DATED: 3/14/07

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/bb - musz0082.36