IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARK S. MUSZYNSKI,**<br><br>                                              Plaintiff,<br><br>v.<br><br>**D.L. RUNNELS, et al. ,**<br><br>                                              Defendants. | 2:04-CV-0082 DFL GGH P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

The Court, having considered Defendant's request for an extension of time to file a dispostive motion, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including June 3, 2007, to complete and file a dispositive motion.  **There will be no further extension of time.**

Dated:  5/14/07

                              /s/ Gregory G. Hollows
                              _____
                              U.S. Magistrate Judge

musz0082.po

[Proposed] Order

1