IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

        Plaintiff,                    No. CIV S-04-0082 DFL GGH P

    vs.

D.L. RUNNELS, et al.,

        Defendants.            <u>ORDER</u>

        While plaintiff has not provided the court formal notice of any change of address, he is apparently temporarily re-located. His address of record remains High Desert State Prison; however, in his letter to the Court Clerk, filed May 14, 2007, plaintiff identifies the Santa Clara County Main Jail as his return address. Plaintiff states that a Captain David Sepulveda requires that plaintiff provide him with a copy of his complaint as well as proof that the complaint has been served before he will permit plaintiff access to the law library. Plaintiff states that he needs such access to meet motion filing deadlines in this action. The court notes that the dispositive motion deadline has been extended to June 3, 2007, pursuant to defendant's request, filed on May 7, 2007.

        Although Captain Sepulveda is not a defendant in this action, the court is concerned that it may lose jurisdiction if plaintiff is denied all access to the jail law library in

light of pending motion filing deadlines in this civil litigation.

The All Writs Act, 28 U.S.C. § 1651(a) permits the court to issue writs "necessary or appropriate in aid of their jurisdictions and agreeable to the usages and principles of law." See generally S.E.C. v. G.C. George Securities, Inc., 637 F.2d 685 (9th Cir. 1981); United States v. New York Telephone Co., 434 U.S. 159 (1977). This section does not grant the court plenary power to act in any way it wishes; rather, the All Writs Act is meant to aid the court in the exercise and preservation of its jurisdiction. Plum Creek Lumber Company v. Hutton, 608 F.2d 1283, 1289 (9th Cir. 1979).

Pursuant to the All Writs Act, the court orders Captain David Sepulveda to show cause for denying plaintiff all access to the jail law library in light of the pending court filing deadlines in this matter.

Accordingly, IT IS ORDERED that:

1. Plaintiff's request, filed on May 14, 2007, for the Clerk of the Court to forward a copy of the complaint and proof of service of process thereof to a Captain David Sepulveda is denied;

2. Captain David Sepulveda, pursuant to the All Writs Act, must show cause, within 10 (ten) days for denying plaintiff all access to the jail law library as plaintiff attempts to meet the filing deadlines in this litigation.

3. The Clerk of the Court is directed to serve a copy of this order upon plaintiff at both his address of record at High Desert State Prison and at CBH 585 / County of Santa Clara / Dept. of Corrections/ Main Jail South - 305 L / 885 North San Pedro St. / San Jose, CA 95110-1772.

4. The Clerk of the Court is also directed to serve this order upon Captain David Sepulveda at the Santa Clara County Dept. of Corrections / Main Jail at 885 North San Pedro St./San Jose, CA 95110-1772; the Clerk is also directed to serve a copy of this order upon Capt.

\\\\\

1  Sepulveda at the alternative address for the Santa Clara County Main Jail at 150 W. Hedding St.
2  San Jose, CA 95110.
3  DATED: 5/22/07                             /s/ Gregory G. Hollows

4                                              GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE
5
   GGH:009
6   musz0082.ord