IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

        Plaintiff,                    No. CIV S-04-0082 DFL GGH P

    vs.

D.L. RUNNELS, et al.,

        Defendants.         ORDER

_____/

        By Order, filed on May 22, 2007, this court directed, pursuant to the All Writs Act, Captain David Sepulveda to show cause, within ten (10) days, for denying plaintiff all access to the Santa Clara County Main Jail law library in light of pending court filing deadlines in this matter. The court was concerned that it might lose jurisdiction if plaintiff continued to be denied all such access.

        By letter, filed in this court on May 31, 2007, from an individual named Alexandria Gardner, evidently "pro per coordinator" of the Santa Clara County Main Jail Complex, the court's order was returned and the undersigned informed that plaintiff was no longer in the custody of the jail but had been returned to prison. The court was further informed that while at the jail, plaintiff did not receive "pro per" privileges because "he did not have the proper paperwork."

1       Although, strictly speaking, the order should have been addressed by Captain
2 Sepulveda, rather than simply being returned, the court will deem the show cause order
3 discharged because plaintiff is apparently no longer housed in, or within the custody of, the Santa
4 Clara County Jail.
5       Accordingly, IT IS ORDERED that:
6       1. By the letter dated May 25, 2007, and filed in this court on May 31, 2007,
7 Captain Sepulveda is deemed to have discharged the court's show cause order, filed on May 22,
8 2007; and
9       3. In addition to serving plaintiff at his current address of record, High Desert
10 State Prison, the Clerk of the Court is also directed to serve by mail a copy of this order upon
11 Captain David Sepulveda c/o Alexandra Gardner / Santa Clara County Dept. of Correction / 180
12 West Hedding Street/ San Jose, CA 95110-1772.
13 DATED: 6/13/07       /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
musz0082.ord2