IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

    Plaintiff,                    No. CIV S-04-0082 DFL GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file an opposition to the defendants' June 4, 2007, motion for summary judgment.

        In addition, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's June 27, 2007 request for the appointment of counsel will therefore be denied.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 27, 2007, request for an extension of time is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition. Defendants' reply, if any, shall be filed seven days thereafter; and

3. Plaintiff's June 27, 2007 request for the appointment of counsel is denied.

DATED: 7/10/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
musz0082.36(2)