IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARK S. MUSZYNSKI,**<br><br>Plaintiff,<br><br>v.<br><br>**D.L. RUNNELS, et al. ,**<br><br>Defendants. | 2:04-CV-0082 RRB GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO BE RELIEVED OF FILING THE PRETRIAL STATEMENT** |

The Court, having considered Defendant's request to be relieved of filing their pretrial statement, and good cause having been found:

**IT IS HEREBY ORDERED**: The dates for the pretrial conference, the filing of pretrial statements by plaintiff and defendants, and the jury trial contained in the December 1, 2006, scheduling order are vacated.  The dates for the pretrial conference, for the filing of pretrial statements, and for trial will be re-set, if necessary, following resolution of the pending motion for summary judgment.

Dated:  8/14/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

musz0082.po2

[Proposed] Order

1