IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

      Plaintiff,                    No. CIV S-04-0082 JAM GGH P

    vs.

D.L. RUNNELS, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 18, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants filed objections to the findings and recommendations on February 11, 2008; plaintiff filed a reply to the objections on February 27, 2008.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

\\\\\

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed January 18, 2008 are adopted in full;

        2. Defendants' motion for summary judgment filed June 4, 2007 (Doc. 43) is denied; and

        3. This matter shall be set for trial on plaintiff's claim of a violation of his rights under the Eighth Amendment.

        IT IS SO ORDERED.

DATED: 8/14/2008

                          /s/ John A. Mendez
                          UNITED STATES DISTRICT JUDGE

/cm:035
musz0082.806