# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

        Plaintiff,                    No. CIV S-04-0082 JAM GGH P

  vs.

D.L. RUNNELS, et al.,

        Defendants.            **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

        Mark Muszynski, inmate # P-72738, a necessary and material witness in proceedings in this case, is confined in Calipatria State Prison, in the custody of the Warden Larry Small; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable John A. Mendez, to appear by video-conferencing at Calipatria State Prison on January 16, 2009, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Larry Small, Calipatria State Prison, 7018 Blair Road, P.O. Box 5001, Calipatria, California, 92233-5001:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 5, 2008

                                                       /s/ Gregory G. Hollows

                                                       GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

GGH:009/md
musz082.841vc