IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

      Plaintiff,                      No. CIV S-04-0082 JAM GGH P

    vs.

D.L. RUNNELS, et al.,

      Defendants.        <u>ORDER</u>

_____/

        On December 24, 2008, defendants filed objections and a request to vacate the magistrate judge's order filed on December 12, 2008, overruling defendants' objections to the Pretrial Order, which the court construes as a request for reconsideration of the December 12, 2008, Order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge, filed on December 12, 2008 (Docket Entry # 72), is affirmed.

DATED: January 9, 2009

                                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT JUDGE

/musz0082.850