UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI

    Plaintiff,      No. CIV S-04-0082 JAM GGH P
 vs.

D.L. RUNNELS, et al.,

    Defendants.    **ORDER & WRIT OF HABEAS CORPUS**
_____/  **AD TESTIFICANDUM**

    Mark S. Muszynski, inmate # P-72738, a necessary and material witness in proceedings in this case on March 16, 2009, is confined in Calipatria State Prison, in the custody of the Warden, Larry Smalls; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 14th Floor, Courtroom 6, United States Courthouse, 501 I Street, Sacramento, California on March 16, 2009, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, Larry Smalls of Calipatria State Prison, 7018 Blair Road, PO Box 5001, Calipatria, CA 92233-5001:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 22, 2009

                    /s/ Gregory G. Hollows
                    _____
                    GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

GGH:kly
musz0082.841