1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK S. MUSZYNSKI,

11           Plaintiff,                          No. CIV S-04-0082 JAM GGH P

12       vs.

13   D.L. RUNNELS, et al.,

14           Defendants.                    ORDER

15   _____/

16           A jury trial commenced in this matter on May 11, 2009.  On May 12, 2009,

17   outside the presence of the jury, plaintiff pro se moved for dismissal without prejudice of this

18   case and the motion was granted.  On March 29, 2010, plaintiff's subsequent motion for

19   reconsideration was denied.  On April 9, 2010, plaintiff filed a notice of appeal to the Ninth

20   Circuit.  Plaintiff has subsequently filed two requests for a copy of his trial transcripts.

21           A litigant who has been granted in forma pauperis status may move to have

22   transcripts produced at government expense.  See 28 U.S.C. § 753(f); McKinney v. Anderson,

23   924 F.2d 1500, 1511-12 (9th Cir.1991)(production of transcript at government expense for in

24   forma pauperis appellant in civil case proper if trial judge certifies "that the appeal is not

25   frivolous and presents a substantial question")(overruled on other grounds by Helling v.

26   McKinney, 502 U.S. 903, 112 S. Ct. 291 (1991).  Two statutes must be considered whenever the

1  district court receives a request to prepare transcripts at the government's expense.  First, 28

2  U.S.C. § 1915(c) defines the limited circumstances under which the court can direct the

3  government to pay for transcripts for a litigant proceeding in forma pauperis.

4          (c) Upon the filing of an affidavit in accordance with subsections (a) and (b) and the prepayment of any partial filing fee as may be required under subsection (b),

5          the court may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by

6          the appellate court....  Such expenses shall be paid when authorized by the Director of the Administrative Office of the United States Courts.

7

8  28 U.S.C. § 1915(c).

9          Second, 28 U.S.C. § 753(f) allows the court to order the government to pay for

10  transcripts only if "the trial judge or a circuit judge certifies that the appeal is not frivolous and

11  the transcript is needed to decide the issue presented by the suit or appeal."  28 U.S.C. § 753(f).

12  A request for a transcript at government expense should not be granted unless the appeal presents

13  a substantial question.  Henderson v. United States, 734 F.2d 483, 484 (9th Cir. 1984).

14  Plaintiff's  statement that he needs the trial transcripts of the testimony of High Desert State

15  Prison D.L. Runnels and Captain Briddle to support the merits of his appeal, which merits he

16  does not set forth does not provide a sufficient basis for his need for the transcripts; nor is it

17  enough to simply state that he needs the transcripts generally to quote matters properly in his

18  opening brief.  Based on plaintiff's own voluntary request for dismissal of his case, his notice of

19  appeal - - -wherein plaintiff broadly asserts that he is appealing from the judgment of the court in

20  denying his motion for reconsideration - - -and on his insufficiently supported transcript requests,

21  the court finds that the appeal does not present a substantial question and the requests for a

22  transcript at government expense are denied.  In addition, plaintiff is notified that the appellate

23  court has access to the court's file in this case, and will request any necessary documents that are

24  in the record directly from this court.

25  \\\\\

26  \\\\\

1    IT IS HEREBY ORDERED that plaintiff's April 19, 2010 (docket # 107) and his

2   June 15, 2010 (docket # 108) requests for a copy of the trial transcripts at government expense

3   are denied.

4   DATED: July 26, 2010

5                                                    /s/ John A. Mendez
                                                     JOHN A. MENDEZ
6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26